FILED: August 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-9 (L)
(7:10-cv-00254-JPJ)
_____

IVAN TELEGUZ

  Petitioner - Appellant

v.

KEITH W. DAVIS, Warden, Sussex I State Prison

  Respondent - Appellee

_____

No. 14-2
(7:10-cv-00254-JPJ)
_____

IVAN TELEGUZ

  Petitioner - Appellant

v.

KEITH W. DAVIS, Warden, Sussex I State Prison

  Respondent - Appellee

_____

## O R D E R

_____

This court's opinion in appeal No. 11-9 vacated the district court's dismissal order in part and remanded the case to the district court for further proceedings. Teleguz v. Pearson, 689 F.3d 322 (4th Cir. 2012). Upon completion of those proceedings, Teleguz noted appeal No. 14-2 from the district court's judgment on remand.

This court's opinion in No. 11-9 reserved judgment on Teleguz's claim of ineffective assistance of counsel at the guilt phase. 689 F.3d at 327 n.1. In light of the reservation of that issue, the court recalls its mandate and re-opens judgment in No. 11-9, and consolidates appeal Nos. 11-9 and 14-2 for further proceedings in this court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk